# EXHIBIT A

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** ALICIA RILEY
*Who started the case.* *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** UNITED SEATING AND MOBILITY, LLC. d/b/a NUMOTION; PRIDE MOBILITY PRODUCTS CORP.
*Who the case was filed against.* *First, Middle, and Last Name, or Business Name*

FILED
11/19/2025 10:30 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L013300
Calendar, E
35427139

2025L013300
**Case Number**

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

> **For the person filling out this form: Read all instructions in this box.**
>
> This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.
>
> Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.
>
> - Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
> - Use a **30-day summons** for most other case types.
>
> Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
>
> **If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J Daley Center, 50 W. Washington Street, Chicago, IL 60602
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year* *Time* *Courtroom Number*

**EXHIBIT A**

Case Number 2025L013300

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<span style="display:block;text-align:center;"><em>Courtroom Address</em>   <em>Courtroom Number</em></span>

☐ **Remotely** (video or telephone)

 **By video conference** at: _____
<span style="display:block;">        <em>Video Conference Website</em></span>

 Log-in information: _____
<span style="display:block;">     <em>Video Conference Log-in Information, Meeting ID, Password, etc.</em></span>

 **By telephone** at: _____
<span style="display:block;">     <em>Call-in Number for Telephone Remote Appearance</em></span>

To find out more about remote court options:

Phone: _____ or Website: _____
<span style="display:block;"><em>Circuit Clerk's Phone Number</em>     <em>Website URL</em></span>

_____ _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _____.
<span style="display:block;text-align:right;"><em>(Enter 0 if you are not asking for money)</em></span>

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
<span style="display:block;">        <em>Number</em></span>

b. First Defendant/Respondent's **primary address/information** for service:

Name: Pride Mobility Products Corp. 401 York Ave. Duryrea, PA 18642 _____
<span style="display:block;">  <em>First, Middle, and Last Name, or Business Name</em></span>

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

_____
<span style="display:block;"> <em>First, Middle, and Last Name</em></span>

Street Address: . 401 York Ave _____
<span style="display:block;">  <em>Street, Apt #</em></span>

City, State, ZIP: Duryrea, PA 18642 _____
<span style="display:block;"><em>City</em>      <em>State</em>  <em>Zip</em></span>

Telephone: _____ Email: _____

**EXHIBIT A**

FILED DATE: 11/19/2025 10:30 AM 2025L013300

*Case Number* 2025L013300

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
<br>*Street, Apt #*

City, State, ZIP: _____
<br>*City*        *State*     *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
<br>*County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Alicia Riley_____
<br>*First, Middle and Last Name*

Registered Agent's name, if any Colin Cameron_____
<br>*First, Middle and Last Name*

Street Address 2129 N. Western Ave_____
<br>*Street, Apt #*

City, State, ZIP: Chicago, IL 60647_____
<br>*City*        *State*     *Zip*

Telephone: (872) 588-0727_____ Email: colin@cameronandkane.com_____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** | The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: 11/19/2025 10:30 AM Mariyana T. Spyropoulos
<br>_____     *Seal of Court*

Clerk of the Court: _____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○ If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○ If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.

    ▪ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.

○ Fill in the date above and give this copy of the *Summons* to the person served.

○ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

**EXHIBIT A**

FILED DATE: 11/19/2025 10:30 AM   2025L013300

*Case Number* 2025L013300



# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

| Learn more about each step in the process and how to file in the instructions: ilcourts.info/how-to-summons. |
| --- |

# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default."  As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default."  As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

**EXHIBIT A**

*Case Number* 2025L013300

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**

*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** ALICIA RILEY

*Who started the case.*

*First, Middle, and Last Name, or Business Name*

2025L013300

**Case Number**

**DEFENDANTS/RESPONDENTS:** UNITED SEATING AND MOBILITY, LLC. d/b/a NUMOTION; PRIDE MOBILITY PRODUCTS CORP.

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____ .

**EXHIBIT A**

*Case Number* 2025L013300

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____   at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____   Print Your Name _____

You are: ☐ Sheriff in Illinois                          ☐ Special process server
☐ Sheriff outside Illinois: _____   ☐ Licensed private detective, license number: _____

*County and State*                                                      *License number*

**FEES:**

Service and Return: $_____   Miles: $_____   Total: $_____

**EXHIBIT A**

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: No hearing information was found.

FILED
10/24/2025 5:56 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L013300
Calendar, E
35053293

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

ALICIA RILEY )
)
)
Plaintiff, )
)
v. )
) No. 2025L013300
UNITED SEATING AND MOBILITY, )
LLC. d/b/a NUMOTION; PRIDE )
MOBILITY PRODUCTS CORP. )
)
Defendant. )

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

## COMPLAINT AT LAW

### ALLEGATIONS COMMON TO ALL COUNTS

NOW COMES the Plaintiff, ALICIA RILEY, by and through her attorneys, CAMERON AND KANE LLC, and for her Complaint at Law, states:

1. On and before March 30, 2024, the Plaintiff, ALICIA RILEY, resided in the State of Illinois.

2. On and before March 30, 2024, defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION (herein referred to as "Numotion") was a Missouri corporation conducting business in the State of Illinois.

3. On and before March 30, 2024, defendant PRIDE MOBILITY PRODUCTS CORP (herein referred to as "Pride") was a Pennsylvania Corporation conducting business in the State of Illinois.

4. At all times material hereto, Defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION was engaged in the sale, assembly and repair of wheelchairs to the general public in the State of Illinois.

1

**EXHIBIT A**

5. At all times material hereto, Defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION was the owner and/or operator of a store in the State of Illinois in which wheelchairs were sold to the general public.

6. At all times material hereto, Defendant UNITED SEATING AND MOBILITY, LLC was engaged in the business of selling wheelchairs and related products and services that directly reach consumers.

7. At all times material hereto, Defendant PRIDE MOBILITY PRODUCTS CORP engaged in the business of designing and manufacturing wheelchairs and other products.

8. At all times material hereto, Defendant PRIDE MOBILITY PRODUCTS CORP, either directly or by and through a subsidiary or agent, manufactured the Quantum Edge 3 Stiletto wheelchair.

9. In 2022, Plaintiff ALICIA RILEY purchased a Quantum Edge 3 Stiletto wheelchair at a retail store owned and/or operated by Defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION.

10. The serial number of the Quantum Edge 3 Stiletto wheelchair purchased by Plaintiff is JF319323225020.

11. At some point in 2023 or early 2024, Plaintiff ALICIA RILEY took this motorized wheelchair into a facility owned and/or operated by Defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION to get repair work done on said wheelchair.

12. The repairs performed by Defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION included altering the position of the seat atop the motorized wheels and body/frame by moving it forward on the base of the device.

2

**EXHIBIT A**

13.     On or about March 30, 2024, the Plaintiff's wheelchair tipped forward as she was seated within it, causing her to fall on the ground.

14.     As a result of said fall, Plaintiff was severely injured.

15.     This fall took place in front of Plaintiff's home in Maywood, County of Cook, Illinois.

## COUNT I STRICT PRODUCTS LIABILITY—PRIDE MOBILITY PRODUCTS

16.     Plaintiff re-alleges paragraphs 1-15 as if fully alleged herein.

17.     At all times material hereto, the wheelchair manufactured, designed, and distributed by Defendant PRIDE MOBILITY PRODCUTS was defective in one or more of the following ways:

    a.  The seat atop the base of the wheelchair device was designed to be too heavy to sit atop the body of the chair;

    b.  The base upon which the chair sat was insufficiently sturdy to support the chair;

    c.  The adjustable mount for the seat of the wheelchair was designed in a manner that permitted the chair to be moved to a forward position that caused dangerous weight imbalances;

    d.  The device was otherwise improperly weight balanced

18.     As a direct and proximate result of one or more of these unreasonably dangerous defects, Plaintiff ALICIA RILEY has been injured, damaged and incapacitated; has in the past and will in the future incur legal obligations for hospital, medical, nursing, rehabilitative and related services and treatment; has lost wages and will stand to lose wages in the future; and has been caused to suffer pain, disability, disfigurement and inconvenience; all of which injuries and conditions are permanent, and has been caused to suffer property damage.

3

**EXHIBIT A**

WHEREFORE the Plaintiff, ALICIA RILEY, demands judgment against defendant PRIDE MOBILITY PRODUCTS, in a sum in excess of fifty thousand dollars ($50,000.00), plus costs.

### COUNT II BREACH OF WARRANTY OF MERCHANTABILITY—NUMOTION

19. Plaintiff re-states and re-alleges paragraphs 1-15 as if fully stated herein.

20. At all times material hereto, Defendant NUMOTION was a merchant as defined by 810 ILCS 5/2-104 of the Illinois Uniform Commercial code.

21. At the time of sale, NUMOTION implicitly warranted to Plaintiff that the wheelchair in question was merchantable and free from defects.

22. Plaintiff, ALICIA RILEY, provided Defendant NUMOTION with notice that the wheelchair she purchased was malfunctioning, defective and not merchantable.

23. As a direct and proximate cause of Defendant NUMOTION's breach of warranty of merchantability via the sale of a product with said defects, the wheelchair in question malfunctioned and Plaintiff sustained serious injuries.

WHEREFORE the Plaintiff, ALICIA RILEY, demands judgment against defendant NUMOTION, in a sum in excess of fifty thousand dollars ($50,000.00), plus costs.

### COUNT III NEGLIGENCE- NUMOTION

24. Plaintiff re-states and re-alleges paragraphs 1-15 is if fully stated herein.

25. When engaging in repairs of the wheelchair in question, NUMOTION had a duty to conduct said repairs in a reasonably safe and competent manner.

26. Notwithstanding that duty, Defendant NUMOTION engaging in one or more of the following acts of negligence:

    a. Positioned the seat of the wheelchair too far forward in a dangerously unsafe position;

4

**EXHIBIT A**

b. Failed to properly balance the weight of the wheelchair;

c. Dangerously and inadequately re-installed parts of the wheelchair causing lack of structural integrity

d. Failed to adequately adjust the settings or construction of the chair to accommodate Plaintiff

e. Was otherwise careless or negligent

27. As a direct and proximate result of one or more of these acts and/or omissions by defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION, Plaintiff ALICIA RILEY has been injured, damaged and incapacitated; has in the past and will in the future, incur legal obligations for hospital, medical, nursing, rehabilitative and related services and treatment; has lost wages and will stand to lose wages in the future; has been caused to suffer pain, disability, disfigurement and inconvenience; all of which injuries and conditions are permanent, and has been caused to suffer property damage.

WHEREFORE the Plaintiff, ALICIA RILEY, demands judgment against defendant UNITED SEATING AND MOBILITY, LLC D/B/A NUMOTION, in a sum in excess of fifty thousand dollars ($50,000.00), plus costs.

## COUNT IV- STRICT PRODUCTS LIABILITY- NUMOTION

28. Plaintiff re-states and re-alleges paragraphs 1-15 as if fully stated herein.

29. At all times material hereto, the wheelchair sold to the public by Defendant NUMOTION was defective in one or more of the following ways:

a. The seat atop the base of the wheelchair device was designed to be too heavy to sit atop the body of the chair;

5

**EXHIBIT A**

FILED DATE: 10/24/2025 5:56 PM    2025L013300

b.  The base upon which the chair sat was insufficiently sturdy to support the chair;

c.  The adjustable mount for the seat of the wheelchair was designed in a manner that permitted the chair to be moved to a forward position that caused dangerous weight imbalances;

d.  The device was otherwise improperly weight balanced

30.  As a direct and proximate result of one or more of these unreasonably dangerous defects, Plaintiff ALICIA RILEY has been injured, damaged and incapacitated; has in the past and will in the future incur legal obligations for hospital, medical, nursing, rehabilitative and related services and treatment; has lost wages and will stand to lose wages in the future; and has been caused to suffer pain, disability, disfigurement and inconvenience; all of which injuries and conditions are permanent, and has been caused to suffer property damage.

WHEREFORE the Plaintiff, ALICIA RILEY, demands judgment against defendant NUMOTION, in a sum in excess of fifty thousand dollars ($50,000.00), plus costs.

CAMERON AND KANE LLC

By: _____
                    Colin A. Cameron

CAMERON AND KANE LLC
Colin A. Cameron
2129 N Western Ave.
Chicago, IL 60647
872-588-0727 Telephone
312-268-7478 Facsimile

6

**EXHIBIT A**

colin@cameronandkane.com
Attorney # 333474

FILED DATE: 10/24/2025 5:56 PM   2025L013300

7

**EXHIBIT A**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 10/24/2025 5:56 PM   2025L013300

| | |
|---|---|
| ALICIA RILEY | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. |
| UNITED SEATING AND MOBILITY, | ) |
| LLC. d/b/a NUMOTION; PRIDE | ) |
| MOBILITY PRODUCTS CORP. | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT PURSUANT TO**
**ILLINOIS SUPREME COURT RULE 222**

I, COLIN CAMERON, under oath and subject to the penalties of perjury, depose and state that the damages sought in this cause exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

Pursuant to 735 ILCS 5/1-109, the undersigned certifies that the foregoing Affidavit is true and correct based upon the personal knowledge of the undersigned.

By: _____
Colin A. Cameron

CAMERON AND KANE LLC
Colin A. Cameron
2129 N Western Ave.
Chicago, IL 60647
872-588-0727 Telephone
312-268-7478 Facsimile
colin@cameronandkane.com
Attorney # 333474

8

**EXHIBIT A**



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 32953845**
**Date Processed: 12/23/2025**

| | |
|---|---|
| **Primary Contact:** | Joseph Burke<br>Burke Vullo Reilly Roberts<br>1460 Wyoming Ave<br>Forty Fort, PA 18704-4224 |
| **Electronic copy provided to:** | Joseph Burke Jr.<br>Andrea Fogleman |

| | |
|---|---|
| **Entity:** | Pride Mobility Products Corporation<br>Entity ID Number  2024822 |
| **Entity Served:** | Pride Mobility Products Corp. |
| **Title of Action:** | Alicia Riley vs. United Seating And Mobility, LLC |
| **Matter Name/ID:** | Alicia Riley vs. United Seating And Mobility, LLC (18375373) |
| **Document(s) Type:** | Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2025L013300 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 12/17/2025 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | Secretary Of State in Illinois (date unknown) |
| **How Served:** | Regular Mail |
| Sender Information: | Cameron And Kane LLC<br>872-588-0727 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT A**



2-17/710

936

**CAMERON & KANE, LLC**
2846A N MILWAUKEE AVE
CHICAGO, IL 60618-7401
872-588-0727

DATE 10-20-25

PAY TO THE
ORDER OF Secretary of State $ 10.00

Ten 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Riley 2025LO13300

EXHIBIT A

MP

⑈07100001 31⑈ 7350 15393 0936

Security Feature
Included.
Details on Back



# OFFICE OF THE SECRETARY OF STATE

## ALEXI GIANNOULIAS-Secretary of State

6224-974-9
December 11, 2025

ILLINOIS CORPORATION SERVICE C
700 S 2ND STREET
SPRINGFIELD, IL  62703-4261

RE PRIDE MOBILITY PRODUCTS CORPORATION

Dear Sir or Madam:

The corporation listed on the enclosed form(s) has been either revoked, withdrawn, or dissolved.  Please complete the appropriate item ("c" or "d") in section 5.

You may call our office to obtain the date that is required in section 5.

Sincerely,

April Woolery
Department of Business Services
NFP Annual Report Section
501 South 2nd Street, Rm 330
Springfield, IL  62756
1-800-252-8980

**EXHIBIT A**

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Secretary of State
Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
**ilsos**.gov

Payment must be made by check or money
order payable to Secretary of State.

---

**Filing Fee: $10**     File #: _____     Approved: _____

———— **Submit in duplicate** ———— **Type or Print clearly in black ink** ———— **Do not write above this line** ————

1.   Title and Number of Case:

ALICIA RILEY _____     first named plaintiff
                    V.                                                    Number: 2025L013300
United Seating and Mobility, LLC _____     first named defendant

2.   Name of corporation being served: Pride Mobility Products Corp. _____

3.   Title of court in which an action, suit or proceeding has been commenced: Cook County Law Division _____

4.   Title of instrument being served: summons _____

5.   Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☐   The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☑   The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐   The corporation was dissolved on _____ , _____ ; the conditions
                                                          Month, Day                    Year
         of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five years thereafter.

   d. ☐   The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

         _____ , _____ .
               Month, Day                Year

   e. ☐   The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6.   Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Pride Mobility Products Corp. 401 York Ave. Duryrea, PA 18642

---

7.   The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

_____          11/19                    2025 _____
   Signature of Affiant                   Month, Day                  Year
               (872 ) 588-0727
                    Telephone Number

Return to (please type or print clearly):

Cameron and Kane LLC _____
               Name
2129 N Western Ave. _____
            Street
Chicago, IL 60647 _____
   City/Town          State   ZIP
         Printed by authority of the State of Illinois. January 2023 — 1 — C 213.12          **EXHIBIT A**

### INSTRUCTIONS

Deliver to the Secretary of State:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Affidavit of Compliance for Service on Secretary of State; and
4. $10 fee.

This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.

After proof of filing has been received, transmit to the corporation being served by CERTIFIED or REGISTERED mail:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Copy of filed Affidavit of Compliance for Service on Secretary of State.

Transmittal to the corporation being served shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

AND

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

**EXHIBIT A**

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Secretary of State
Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
**ilsos**.gov

Payment must be made by check or money
order payable to Secretary of State.

**Filing Fee: $10**     File #: _____     Approved: _____

———— **Submit in duplicate** ———— **Type or Print clearly in black ink** ———— **Do not write above this line** ————

1.  Title and Number of Case:

    ALICIA RILEY _____     first named plaintiff          Number: 2025L013300 _____
    V.
    United Seating and Mobility, LLC _____     first named defendant

2.  Name of corporation being served: Pride Mobility Products Corp. _____

3.  Title of court in which an action, suit or proceeding has been commenced: Cook County Law Division _____

4.  Title of instrument being served: summons _____

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a.  ☐  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

    b.  ☑  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c.  ☐  The corporation was dissolved on _____ , _____ ; the conditions
            Month, Day                              Year
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five years thereafter.

    d.  ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

            _____ , _____ .
            Month, Day              Year

    e.  ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Pride Mobility Products Corp. 401 York Ave. Duryrea, PA 18642

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _____          11/19 _____     2025 _____
    Signature of Affiant                   Month, Day                         Year
    (872 ) 588-0727 _____
            Telephone Number

Return to (please type or print clearly):

Cameron and Kane LLC _____
                Name
2129 N Western Ave. _____
                Street
Chicago, IL 60647 _____
City/Town          State   ZIP
        Printed by authority of the State of Illinois. January 2023 — 1 — C 213.12          **EXHIBIT A**

INSTRUCTIONS

Deliver to the Secretary of State:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Affidavit of Compliance for Service on Secretary of State; and
4. $10 fee.

This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.

After proof of filing has been received, transmit to the corporation being served by CERTIFIED or REGISTERED mail:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Copy of filed Affidavit of Compliance for Service on Secretary of State.

Transmittal to the corporation being served shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

AND

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

**EXHIBIT A**